UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF GEORGIA

| | |
|---|---|
| ANDREA L MARION,<br><br>   Plaintiff,<br><br>vs.<br><br>TRANSWORLD SYSTEMS INC.<br><br>   Defendant | Case No.:<br><br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>1:23-CV-5916 |

## INTRODUCTION

1.  This is a civil action for actual, punitive, statutory damages and cost brought upon by Andrea
    L Marion., ("Plaintiff") an individual consumer, against defendant, Transworld Systems Inc.,
    hereinafter ("Defendant") for violations of the Fair Credit Reporting Act, 15 U.S. Code §
    1681 et seq. (hereinafter "FCRA").

## BASIS FOR JURISDICTION

2.  Jurisdiction of this court arises under 15 U.S.C § 1681(p) and 28 U.S.C § 1331.

3.  All conditions precedent to the bringing of this action have been carried out.

4.  Venue is proper in this judicial district pursuant to 28 U.S.C § 1391(b)(1) and 28 U.S.C §
    1391(b)(2) because a substantial part of the events, omissions or conducts giving rise to
    Plaintiff claim occurred in this judicial district. Defendants transact business in Atlanta,
    Georgia.

5.       The Court has supplemental jurisdiction of any state law claims pursuant to 28 U.S.C §
1367.

## PARTIES

6.       Plaintiff Andrea L Marion is a natural person and consumer as defined by 15 U.S.C §
1681a(c), residing Atlanta, Georgia.

7.       Upon information and belief, Transworld Systems Inc., is a California state corporation.
Services of process for Defendant are Corporation Service Company 2 Sun Court, Suite
400, Peachtree Corners, GA, 30092, USA.

8.       The acts of Defendants as described in the Complaint were performed by Defendant or on
Defendant's behalf by its owners, officers, agents, and /or employees acting withing the
scope of their actual or apparent authority. As such, all references to "Defendant" in this
Complaint shall mean Defendants or their owners, officers, agents, and/or employees.

## FACTUAL ALLEGATIONS

### *Existence of a Consumer Report*

9.       On or about January 01, 2023, a consumer report pertaining to Plaintiff was generated
and maintained by Transunion, a consumer reporting agency as defined by 15 U.S.C §
1681a(f).

*Defendant's Access to the Consumer Report*

10.     In the report the Plaintiff observed unauthorized inquiries from the Defendant.

11.     Defendant Transworld Systems Inc., accessed Plaintiff's consumer report from Transunion on 06/15/2021, *See* Exhibit A.

*Lack of Permissible Statutory Purpose*

12.     Defendant Transworld Systems Inc., accessed Plaintiff's consumer report without permissible purpose, as required by 15 U.S.C § 1681b(f).

13.     Discovery will show Plaintiff has no existing business relationship, contractual obligation, or any other transactions with Defendant Transworld Systems Inc., that would allow for such an inquiry under 15 U.S.C § 1681b(a)(3)(A) or any other provisions.

14.     Discovery will show that defendant Transworld Systems Inc., was neither retained by a creditor with whom Plaintiff has initiated a transaction nor involved in any collection activities pertaining to a debt initiated by Plaintiff, thus failing to establish a permissible purpose for accessing Plaintiff's consumer report.

15.     Discovery will show Plaintiff never initiated a consumer credit transaction with Defendant nor had an account with the Defendant.

16.     Discovery will show Plaintiff never gave any consent to Defendant to access his consumer report.

*Requisite Mental State (Willfulness)*

18.　　Defendant Transworld Systems Inc. was aware or should have been aware of their obligation under the FCRA to access consumer reports only for permissible purposes.

19.　　Discovery will show despite this knowledge, Defendant Transworld Systems Inc., intentionally or recklessly disregarded their obligation under the FCRA and did not verify a purported debt or take other actions that would constitute a permissible purpose for accessing Plaintiff's consumer report.

20.　　Discovery will show Defendant Transworld Systems Inc., violation was not isolated but part of a pattern or practice, as evidence by multiple consumer complaints lodged against the company for similar unauthorized access to consumer reports further demonstrating willfulness.

21.　　Plaintiff's injury is "particularized" and "actual" in that the conduct that deprived Plaintiff of his rights were directed by Defendant to Plaintiff specifically.

22.　　Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered emotional distress from the Defendants unauthorized access of his credit report.

23.　　Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered an invasion of privacy. The intrusion into Plaintiffs personal information has caused a feeling of vulnerability, worry and anxiety which lead to sleeplessness and headaches.

24.　　Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered fear and anger over the invasion of privacy.

25.     Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has incurred a loss of time due to research and learning necessitated by the defendants invasion of privacy.

26.     Plaintiff's injury is directly traceable to defendant's conduct because if it weren't for the defendant's conduct, Plaintiff would not have been deprived if his rights and would not have been subject to emotional distress, anxiety, worry and invasion of privacy caused by the defendant actions.

27.     Defendant's conduct as described in this complaint was willful, with the purpose to either harming the Plaintiff or with reckless disregard for the harm to Plaintiff that could result from defendant's conduct.

28.     Plaintiff justifiably fear that, absent this court's intervention, Defendants will continue to use abusive, deceptive, unfair, and unlawful means in the attempt to collect alleged debts and invade consumers privacy by continuing to access consumers information without permissible purpose.

29.     The deprivation of Plaintiff's rights will be redressed by a favorable decision herein.

30.     A favorable decision herein would redress Plaintiff's injury with money damages.

31.     A favorable decision herein would serve to deter Defendants from further similar conduct.

32.     This action is timely filed and falls within the statute of limitations in accordance with 15 U.S.C § 1681p: (1) 2 years after the date of discovery by the plaintiff of the violation. (2) 5 years after the date on which the violation that is the basis for such liability occurs.

## <u>COUNT I VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C § 1681b(f)</u>

## <u>DEFENDANT TRANSWORLD SYSTEMS INC.</u>

33.     All preceding paragraphs are re-alleged.

.34.     On or about January 01, 2023, a consumer report pertaining to Plaintiff was generated and maintained by Transunion, a consumer reporting agency as defined by 15 U.S.C § 1681a(f).

35.     Defendant Transworld Systems Inc accessed Plaintiff's consumer report from Transunion on 06/15/2021.

36.     Defendant Transworld Systems Inc accessed Plaintiff's consumer report without permissible purpose, as required by 15 U.S.C § 1681b(f).

37.     Plaintiff had no existing business relationship, contractual obligation, or any other transactions with Defendant Transworld Systems Inc that would allow for such an inquiry under 15 U.S.C § 1681b(a)(3)(A) or any other provisions.

38.     Defendant Transworld Systems Inc was neither retained by a creditor with whom Plaintiff has initiated a transaction nor involved in any collection activities pertaining to a debt initiated by Plaintiff, thus failing to establish a permissible purpose for accessing Plaintiff's consumer report.

39.     Defendant Transworld Systems Inc was aware or should have been aware of their obligations under the FCRA to access consumer reports only for permissible purposes.

40.     Despite this knowledge, Defendant Transworld Systems Inc intentionally or recklessly disregarded their obligation under the FCRA and did not verify a purported debt or take other actions that would constitute a permissible purpose for accessing Plaintiff's consumer report.

41.     Defendant Transworld Systems Inc violation was not isolated but part of a pattern or practice further demonstrating willfulness.

42.     As a direct result of Defendant Transworld Systems Inc violation of 15 U.S.C § 1681b(f), Permissible Purpose, Plaintiff has suffered actual damages and potentially punitive damages, as provided by 15 U.S.C § 1681n(a) and 1681o.

43.     The Defendant violations include but are not limited to the following:

(a)     The Defendants violated 15 U.S.C § 1681b(f) by failing to have permissible purpose to obtain Plaintiff consumer report pursuant to 15 U.S.C § 1681b.

(b)     The Defendants did not have a court order to obtain Plaintiff consumer report.

(c)     Plaintiff never gave written permission for Defendants to obtain his consumer report.

(d)     Plaintiff does not have an account, which is defined under and has the same meaning under the Electronic Funds Transfer Act 15 U.S.C § 1693a(2), with Defendants.

(e)     Pursuant to the Electronic Funds Transfer Act 15 U.S.C § 1693a, the term "account" means a demand deposit, savings deposit, or other asset account (other than an occasional or incidental credit balance in an open end credit plan as defined in section 1602i(1) of this title), as described in regulation of the Bureau, established primarily for personal,

family, or household purposes, but such term does not include an account held by the financial institutions pursuant to a bona fide trust agreement.

(f)       Defendants do not have an account with the Plaintiff according to the definition above.

44.       As a result of this conduct, Plaintiff suffered damages of invasion of privacy which led to anxiety, emotional distress, loss of time, fear, anger, and loss of sleep.

45.       As a result of the Defendants violation of the FCRA, the Defendants is liable under 15 U.S.C § 1681n(a)(1)(B) for damages of $1000 per violation.

## JURY DEMAND AND PRAYER FOR RELIEF

Wherefore, Plaintiff Andrea L Marion , respectfully demands a jury trial and request that judgment be entered in favor of the Plaintiff against the Defendants for:

(a)       Actual damages, statutory damages, and potentially punitive damages, as provided by 15 U.S.C § 1681n(a) and 1681o.

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
identified, will likely have evidentiary support after a reasonable opportunity for further
investigation or discovery; and (4) the complaint otherwise complies with the requirements of
Rule 11.

Andrea L Marion

3201 Kenelworth Dr apt 5

East Point, GA 30344

716-342-5798

marional01@mail.buffalostate.edu

# EXHIBIT A

File Number: 424700146   Date Issued: 01/10/2023

## Regular Inquiries

**NAVY FCU** ( 820 FOLLIN LANE, VIENNA, VA 22180, (803) 255 8062 )
Requested on: 03/09/2022                                                    Inquiry Type: Individual

**CAPITAL ONE** ( 15000 CAPITAL ONE, RICHMOND, VA 23238, (800) 955 7070 )
Requested on: 02/01/2022                                                    Inquiry Type: Individual

**TBOMMILESTONE** ( 15220 NW GREENBRIER PKWY, SUITE 200, BEAVERTON, OR 97006, (503) 222 9960 )
Requested on: 11/01/2021                                                    Inquiry Type: Individual

**BARCLAYS BANK DELAWARE** ( PO BOX 8803, WILMINGTON, DE 19899, (866) 370 5931 )
Requested on: 06/29/2021, 04/19/2021, 01/16/2021                            Inquiry Type: Individual

**TBOMCONTFIN** ( 4550 NEW LINDEN HILL ROAD, 4RTH FLOOR SUITE 400, WILMINGTON, DE 19808, (866) 449 4514 )
Requested on: 05/05/2021, 04/01/2021                                        Inquiry Type: Individual

## Promotional Inquiries

**TRANSUNION CONSUMER INTE** ( 100 CROSS STREET, SAN LUIS OBISP, CA 93401, (805) 782 8282 )
Requested On: 01/04/2023, 12/30/2022, 12/24/2022, 12/23/2022, 12/10/2022, 12/07/2022, 12/04/2022, 12/03/2022, 12/01/2022, 11/25/2022, 11/24/2022, 11/10/2022, 11/05/2022, 11/04/2022, 10/27/2022, 10/22/2022, 10/08/2022, 10/05/2022, 10/03/2022, 09/25/2022, 09/22/2022, 09/09/2022, 09/05/2022, 09/04/2022, 08/24/2022, 08/22/2022, 08/20/2022, 08/18/2022, 08/10/2022, 08/06/2022, 07/27/2022, 07/21/2022, 07/15/2022, 07/09/2022, 07/08/2022, 07/02/2022, 06/29/2022, 06/25/2022, 06/24/2022, 06/23/2022, 06/18/2022, 06/09/2022, 05/21/2022, 05/19/2022, 05/18/2022, 05/13/2022, 04/30/2022, 04/23/2022, 04/12/2022, 04/09/2022, 04/06/2022, 03/30/2022, 03/27/2022, 03/24/2022, 03/22/2022, 03/03/2022, 03/01/2022, 02/24/2022, 02/18/2022, 02/17/2022, 02/10/2022, 02/09/2022, 02/06/2022, 02/02/2022, 02/01/2022, 01/30/2022, 01/29/2022, 01/23/2022, 01/20/2022, 01/13/2022

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580 6816 )
Requested On: 09/09/2022, 09/05/2022, 09/04/2022, 08/24/2022, 08/22/2022, 08/20/2022, 08/18/2022, 08/10/2022, 08/06/2022, 07/27/2022, 07/21/2022, 07/18/2022, 07/15/2022, 07/09/2022, 07/08/2022, 07/02/2022, 06/29/2022, 06/25/2022, 06/24/2022, 06/23/2022, 06/18/2022, 06/09/2022, 05/21/2022, 05/19/2022, 05/18/2022, 05/13/2022, 04/30/2022, 04/23/2022, 04/12/2022, 04/09/2022, 04/06/2022, 03/30/2022, 03/27/2022, 03/24/2022, 03/22/2022, 03/03/2022, 03/01/2022, 02/24/2022, 02/18/2022, 02/17/2022, 02/10/2022, 02/09/2022, 02/06/2022, 02/02/2022, 02/01/2022, 01/30/2022, 01/29/2022, 01/23/2022, 01/20/2022, 01/13/2022

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (805) 782 8282 )
Requested On: 04/12/2022, 04/09/2022, 04/06/2022, 03/30/2022, 03/27/2022, 03/24/2022, 03/22/2022

## Account Review Inquiries

**CONSUMERINFO.COM** ( 475 ANTON BLVD, COSTA MESA, CA 92626, (888) 397 3742 )
Requested On: 01/09/2023, 01/09/2023, 01/08/2023, 01/06/2023, 01/05/2023, 01/04/2023, 01/02/2023, 12/30/2022, 12/29/2022, 12/28/2022, 12/23/2022, 12/22/2022, 12/21/2022, 12/20/2022, 12/18/2022, 12/15/2022, 12/12/2022, 12/09/2022, 12/07/2022, 12/01/2022, 11/30/2022, 11/29/2022, 11/28/2022, 11/20/2022, 11/19/2022, 11/18/2022, 11/17/2022, 11/15/2022, 11/14/2022, 11/11/2022, 11/09/2022, 11/08/2022, 11/07/2022, 11/06/2022, 11/04/2022, 11/02/2022, 11/01/2022, 10/29/2022, 10/28/2022, 10/27/2022, 10/26/2022, 10/25/2022, 10/23/2022, 10/22/2022, 10/20/2022, 10/19/2022, 10/18/2022, 10/17/2022, 10/15/2022, 10/14/2022

**ANDREA MARION via TUCI ARRAY** ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580 6816 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 01/08/2023, 01/04/2023, 12/30/2022, 12/25/2022, 12/24/2022, 12/23/2022, 12/16/2022, 12/10/2022, 12/04/2022, 12/03/2022, 12/01/2022, 11/25/2022, 11/24/2022, 11/23/2022, 11/17/2022, 11/10/2022, 11/05/2022, 10/31/2022, 10/27/2022, 10/22/2022, 10/15/2022, 10/14/2022, 10/08/2022, 10/05/2022, 10/01/2022, 09/25/2022, 09/24/2022, 09/22/2022, 09/18/2022, 09/17/2022, 09/09/2022, 09/04/2022, 09/03/2022, 09/01/2022, 08/31/2022, 08/24/2022, 08/20/2022, 08/18/2022, 08/16/2022, 08/10/2022, 08/04/2022, 08/03/2022, 08/01/2022, 07/30/2022, 07/25/2022, 07/18/2022, 07/11/2022, 07/04/2022, 06/27/2022, 06/20/2022, 06/11/2022, 06/02/2022, 05/18/2022, 05/11/2022, 05/04/2022, 04/27/2022, 04/16/2022

**103548924 via TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (844) 580 6816 )
Permissible Purpose: CREDIT MONITORING
Requested On: 01/07/2023, 01/03/2023

**P123395699E239882668 via CONSUMERINFO** ( 535 ANTON BLVD SUITE 100, COSTA MESA, CA 92626, (949) 567 3762 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 01/07/2023, 01/03/2023, 12/29/2022, 12/24/2022, 12/23/2022, 12/22/2022, 12/09/2022, 12/03/2022

**000000000000000000012 via PGXCREDITRPR-LTC2** ( 330 NORTH CUTLER DRIVE, NORTH SALT LAKE, UT 84054, (801) 384 4253 )
Permissible Purpose: CREDIT MONITORING
Requested On: 01/07/2023, 01/03/2023, 12/29/2022, 12/24/2022, 12/23/2022, 12/22/2022, 12/09/2022, 12/03/2022, 11/30/2022, 11/24/2022, 11/23/2022, 11/09/2022, 11/04/2022, 10/30/2022, 10/26/2022, 10/21/2022, 10/14/2022, 10/07/2022, 10/04/2022, 09/30/2022, 09/29/2022, 09/24/2022, 09/23/2022, 09/21/2022, 09/17/2022, 09/08/2022, 09/03/2022, 09/02/2022, 08/31/2022, 08/23/2022, 08/19/2022, 08/17/2022, 08/09/2022, 08/03/2022, 08/02/2022, 07/30/2022, 07/26/2022, 07/20/2022, 07/17/2022, 07/08/2022, 07/07/2022, 06/28/2022, 06/22/2022, 06/21/2022, 06/17/2022, 06/03/2022, 05/20/2022, 05/18/2022, 05/06/2022, 04/22/2022, 04/07/2022, 03/24/2022, 03/23/2022, 03/21/2022, 03/10/2022, 02/16/2022, 02/09/2022, 02/04/2022, 02/02/2022, 02/01/2022, 12/29/2021, 12/03/2021, 12/01/2021, 11/20/2021, 11/05/2021, 11/03/2021, 10/30/2021, 09/14/2021, 08/31/2021, 07/30/2021, 07/22/2021, 07/03/2021, 07/01/2021, 06/30/2021, 06/22/2021, 06/15/2021, 06/02/2021, 05/22/2021, 05/21/2021, 05/06/2021, 05/05/2021, 04/20/2021, 04/02/2021, 02/17/2021, 02/10/2021, 01/20/2021, 01/16/2021

Case 1:23-cv-05916-MLB-JCF   Document 2   Filed 02/13/24   Page 12 of 12

Consumer Credit Report for ANDREA L. MARION                                         File Number: 424700146   Date Issued: 01/10/2023

**LEGAL AND GENERAL AMERICA** ( 3275 BENNETT CREEK AVE, FREDERICK, MD 21704, (800) 638 8428)
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 08/02/2021

**ETHOS TECHNOLOGIES INC.** ( 460 BRYANT STREET, 3RD FLOOR, SAN FRANCISCO, CA 94107, (415) 322 2037 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 08/02/2021

**STATE FREE DISCLOSURE** ( P O BOX 1000, CHESTER, PA 19016, (800) 916 8800 )
Requested On: 07/27/2021

**P123395699E162303581 via CONSUMERINFO** ( 535 ANTON BLVD SUITE 100, COSTA MESA, CA 92626, (949) 567 3762 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 07/22/2021, 07/03/2021, 07/01/2021, 06/30/2021, 06/22/2021, 06/15/2021, 06/02/2021, 05/22/2021, 05/21/2021, 05/06/2021, 05/05/2021

**VIKING CLIENT SERVICES** ( 10050 CROSSTOWN CIRCLE S, UITE 300, EDEN PRAIRIE, MN 55344, (800) 767 7895 )
Requested On: 07/02/2021

**TRANSPORTATION SECUR via LNTSA** ( 6595 SPRINGFIELD CENTER D, SUITE 10000, SPRINGFIELD, VA 20598, (571) 227 1842 )
Permissible Purpose: EMPLOYMENT
Requested On: 06/29/2021

**TRANSWORLD SYSTEMS INC** ( 507 PRUDENTIAL RD, HORSHAM, PA 19044, (888) 446 4733 )
Requested On: 06/15/2021

**THE WOODS AT CAMP CR via SCREENING REPORTS** ( 220 GERRY DRIVE, WOOD DALE, IL 60191, (866) 389 4042 )
Permissible Purpose: TENANT SCREENING
Requested On: 05/25/2021

**REGENCY PARK via RESOLVE PARTNERS LLC** ( 2733 HORSE PEN CREEK ROAD, SUITE 101, GREENSBORO, NC 27410, (336) 346 3095 )
Permissible Purpose: TENANT SCREENING
Requested On: 05/24/2021

**RENTLY VIA SMARTMOVE via TRANSUNION SCREENING SOLU** ( 6430 S FIDDLERS GREEN CIR, SUITE 500, GREENWOOD VILLAGE, CO 80111, (866) 775 0961 )
Permissible Purpose: TENANT SCREENING
Requested On: 05/21/2021

**SMARTMOVE** ( 6430 S FIDDLERS GREEN CIR, SUITE 500, GREENWOOD VILLAGE, CO 80129, (866) 775 0961 )
Requested On: 05/21/2021

**ONEMAIN FINANCIAL** ( P.O. BOX 3327, EVANSVILLE, IN 47706, (844) 298 9773 )
Requested On: 04/28/2021

**P123395699E160489312 via CONSUMERINFO** ( 535 ANTON BLVD SUITE 100, COSTA MESA, CA 92626, (949) 567 3762 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 04/20/2021

**P123395699E87732861 via CONSUMERINFO** ( 535 ANTON BLVD SUITE 100, COSTA MESA, CA 92626, (949) 567 3762 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 04/02/2021, 02/17/2021, 02/10/2021, 01/20/2021, 01/16/2021

**MARLETTE FUNDING** ( PO BOX 42912, PHILADELPHIA, PA 19101, (855) 282 6353 )
Requested On: 03/23/2021

**ANDREA MARION via TUCI - BBVA UPTURN** ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580 6816 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 03/01/2021, 01/31/2021

**FAIRISAAC via MY FICO** ( 901 MARQUETTE AVE, SUITE 3200, MINNEAPOLIS, MN 55402, (800) 319 4433 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 02/11/2021



**To dispute online go to: http://transunion.com/disputeonline**                    P I000018   18/20

TU 994